DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475


FILED
APR - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MARIA HERMELINDA PADILLA

Chapter 13
Case No. 05-3-4721 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $5.46 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 004 | CLERK OF THE COURT FOR BRIDGEPOINT FINANCIAL INC 221 MAIN STREET, STE 920 SAN FRANCISCO, CA 94105 | $5.46 |

Dated: April 5, 2011

CECILIA MARCELO
Receipts Administrator